THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Carla O., Bryon O., Ricky S., Carl M. and Sandra M.,
Defendants,
of whom Ricky S. is Appellant.
In the interest of:  Stephanee O.
DOB: 03/03/1998; Courtney S.
DOB: 10/28/1992, all Children Under
the Age of 18. 
 
 
 

Appeal From Pickens County
 Alvin D. Johnson, Family Court Judge

Unpublished Opinion No. 2006-UP-319
Submitted August 1, 2006  Filed August 9, 2006 

AFFIRMED

 
 
 
James M. Robinson, of Easley, for Appellant,
Thomas P. Keeler, of Greenville, for Respondent.
Michael A. Andrews, for Guardian Ad Litem.
 
 
 

PER CURIAM: Ricky Sanders appeals a family court Order for Removal that found he sexually abused one of the minor children of his paramour, Carla Odom.  Among other things, the order required Sanders to register as a sex offender, undergo sex offender therapy, and permanently refrain from having contact with Odoms minor children.  
After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987) and SCDSS v. Frederick Downer, Sr., S.C.Sup.Ct. Order dated February 2, 2005 (expanding the procedure set forth in Cauthen to situations where an indigent person appeals from an order imposing other measures short of termination of parental rights, such as removal, based on child abuse and neglect), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
HEARN, C.J., and STILWELL and WILLIAMS, JJ., concur.

[1]   We decide this case without oral argument pursuant to Rule 215, SCACR.